TILLIE COOPERBERG v. IDA FELDMAN, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of the Application of THOMAS S. SOUTHGATE and Others for an Order Directing Arbitration Proceed with FRANK P. KRUGER Co., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

GEORGE A. EVALENKO v. ROBERT M. CATTS.— Motion granted upon condition that appellant procure appeal to be argued or submitted on May 28, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

PUBLIC BAKING Co., INC., v. JACOB STERN, as Treasurer of LOCAL No. 100 OF THE BAKER AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA. —Motion denied, with ten dollars costs, and injunction contained in order to show cause vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ALEXANDER P. BLANCK v. VLADIMIR KOUDASHEFF.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

BANKERS TRUST COMPANY, as Trustee, etc., for HENRY B. WILKINS and EMILY H. WILKINS v. LITTLETON.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS ZEIFF. THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN DIAMOND.— Preference granted for May 25, 1926, the case of *People* v. *Zeiff* to be argued first. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ANNE SMITH v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

NOVE HOLDING CORPORATION v. MAX SCHECHTER and Another, Impleaded, etc.— Motion to dismiss appeal denied on condition that appellants procure appellants' points to be served and filed and the appeal noticed for argument so that the same can be argued on or before June 1, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

GASTON & COMPANY, INC., Respondent, v. ALFRED STORCH, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, pursuant to sections 244 and 283 of the Civil Practice Act, and the judgment entered December 24, 1925, vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JULIUS STOFSKY, Respondent, v. HENRY HARBURGER, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAY C. NOLAN, Appellant.— Judgment reversed and new trial ordered upon the ground that the conviction was against the weight of the evidence. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.